STATE OF NEW JERSEY v. CARL ANDERSON.

September 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM GAMBREL.

September 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. FREDERICK MANGIN.

September 20, 1983.

Petition for certification denied.

SUSAN FAHERTY v. J. ROGER FAHERTY.

September 20, 1983.

Petition for certification granted.

STATE OF NEW JERSEY v. TYRONE JOHNSON.

September 20, 1983.

Petition for certification denied.